UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DCI A/S, a Danish company
and KELSEN, INC. a New York corporation,

Plaintiffs,

-against-

DANCO IMPORT, INC., d/b/a Jacobsens Bakery
USA Ltd., a Florida Corporation, and
JACOBSENS BAKERY LTD., a Danish
company,

Defendants.

Civil Action No. 09-CV-8047 (VM)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Sarah C. Hsia, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of Jason M. Sneed, Alston & Bird LLP, Bank of America Plaza, 101 South Tryon Street, Suite 4000, Charlotte, North Carolina 28280-4000, Tel: (704) 444-1000, Facsimile: (704) 444-1111, and Nadya Munasifi, Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309, Tel: (404) 881-7700, Facsimile: (404) 881-7777.

Jason M. Sneed is a member in good standing with the Bar of the State of North Carolina. (*See* Certificate of Good Standing attached hereto as Exhibit A).

Nadya Munasifi is a member of good standing with the Bar of the State of Georgia. (*See* Certificate of Good Standing attached hereto as Exhibit B).

There are no pending disciplinary proceedings against either Jason M. Sneed or

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that __Mr. Jason Matthew Sneed  (29593)__ was licensed to practice law by the State of North Carolina on September 8, 2000. Said lawyer is presently eligible to practice law in North Carolina and, therefore, in good standing with the North Carolina State Bar. This certificate has no reference to delinquent membership obligations, prior discipline, or any disciplinary charges or grievances that may be pending.

Given over my hand and the Seal of the North Carolina State Bar, this ___4th___ day of ___November___, ___2009___.

_____
Secretary of the North Carolina State Bar

Nadya Munasifi in any State or Federal court.

Dated: New York, New York
November 12, 2009

                              ALSTON & BIRD LLP

                              */s/ Sarah C. Hsia*
                              Sarah C. Hsia, Esq.
                              90 Park Avenue
                              New York, New York 10016

                              *Attorneys for Defendant Danco Import, Inc.*

To:    Andrew Baum, Esq.
       John Britton Payne, Esq.
       FOLEY & LARDNER LLP
       90 Park Avenue
       New York, NY 10016

       *Attorneys for Plaintiff*

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Ms. Nadya May Munasifi
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/17/2008 |
| **BAR NUMBER:** | 156051 |
| **TODAY'S DATE:** | November 6, 2009 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- **Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.**
- **Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.**

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



**STATE BAR OF GEORGIA**

*Brandy Cleghorn*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DCI A/S, a Danish company
and KELSEN, INC. a New York corporation,

        Plaintiffs,

-against-

DANCO IMPORT, INC., d/b/a Jacobsens Bakery
USA Ltd., a Florida Corporation, and
JACOBSENS BAKERY LTD., a Danish
company,

        Defendants.

Civil Action No. 09-CV-8047 (VM)

**AFFIDAVIT OF SARAH C. HSIA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK  )

Sarah C. Hsia, being duly sworn, hereby deposes and says as follows:

1. I am an associate at the law firm of Alston & Bird LLP in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Danco Import, Inc.'s ("Danco") motion to admit Jason M. Sneed and Nadya Munasifi as counsel *pro hac vice* to represent Defendant Danco in this matter.

2. I am a member of the Bar of the New York, and was admitted to practice law in 2004. I am also admitted to the bar of the United States District Court for the Southern and Eastern Districts of New York, the Eastern District of Wisconsin, the United States Courts of Appeals for the First Circuit and Federal Circuit. I am in good standing with this Court.

3. I have known Jason M. Sneed since approximately 2004, and Nadya Munasifi since October of this year.

4. Mr. Sneed is a partner at Alston & Bird LLP, Bank of America Plaza, 101 South Tryon Street, Suite 4000, Charlotte, North Carolina 28280-4000.

5. Ms. Munasifi is an associate at Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309.

6. I have found both Mr. Sneed and Ms. Munasifi to be skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

7. Accordingly, I am pleased to move the admissions of Jason M. Sneed and Nadya Munasifi *pro hac vice*.

8. I respectfully submit a proposed order granting the admissions of Jason M. Sneed and Nadya Munasifi *pro hac vice*, which is attached hereto as Exhibit 1.

WHEREFORE it is respectfully requested that the motion to admit Jason M. Sneed and Nadya Munasifi *pro hac vice*, to represent Defendant Danco in the above captioned matter, be granted.

Dated: New York, New York
November 12, 2009

_____
Sarah C. Hsia, Esq.

Sworn to before me
this 12 day of November 2009

_____
Notary Public LOUIS P. COSTANZO
Notary Public, State of New York
No. 01CO5013639
Qualified In New York County
Commission Expires July 15, 20 11

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DCI A/S, a Danish company
and KELSEN, INC. a New York corporation,

Plaintiffs,

-against-

DANCO IMPORT, INC., d/b/a Jacobsens Bakery
USA Ltd., a Florida Corporation, and
JACOBSENS BAKERY LTD., a Danish
company,

Defendants.

Civil Action No. 09-CV-8047 (VM)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Sarah C. Hsia attorney for Defendant Danco Import, Inc. ("Danco") and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that Jason M. Sneed, Alston & Bird LLP, Bank of America Plaza, 101 South Tryon Street, Suite 4000, Charlotte, North Carolina 28280-4000, Tel: (704) 444-1000, Facsimile: (704) 444-1111, e-mail: jason.sneed@alston.com, and Nadya Munasifi, Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309, Tel: (404) 881-7700, Facsimile: (704) 881-7777, e-mail: nadya.munasifi@alston.com are admitted to practice pro hac vice as counsel for Defendant Danco in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

- 2 -

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: November ___, 2009
      New York, New York

                                          _____
                                          United States District/Magistrate Judge

LEGAL02/31605266v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DCI A/S, a Danish company
and KELSEN, INC. a New York corporation,

Plaintiffs,

-against-

DANCO IMPORT, INC., d/b/a Jacobsens Bakery
USA Ltd., a Florida Corporation, and
JACOBSENS BAKERY LTD., a Danish
company,

Defendants.

Civil Action No. 09-CV-8047 (VM)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Sarah C. Hsia attorney for Defendant Danco Import, Inc. ("Danco") and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that Jason M. Sneed, Alston & Bird LLP, Bank of America Plaza, 101 South Tryon Street, Suite 4000, Charlotte, North Carolina 28280-4000, Tel: (704) 444-1000, Facsimile: (704) 444-1111, e-mail: jason.sneed@alston.com, and Nadya Munasifi, Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309, Tel: (404) 881-7700, Facsimile: (704) 881-7777, e-mail: nadya.munasifi@alston.com are admitted to practice pro hac vice as counsel for Defendant Danco in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

LEGAL02/31605266v1

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the

pro hac vice fee to the Clerk of the Court.

Dated: November ___, 2009
      New York, New York

                                        _____
                                        United States District/Magistrate Judge

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DCI A/S, a Danish company
and KELSEN, INC. a New York corporation,

    Plaintiffs,

-against-

DANCO IMPORT, INC., d/b/a Jacobsens Bakery
USA Ltd., a Florida Corporation, and
JACOBSENS BAKERY LTD., a Danish
company,

    Defendants.

Civil Action No. 09-CV-8047 (VM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK   )

LOUIS COSTANZO, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and am employed with the law firm of Alston & Bird LLP, counsel for Defendant Danco Import, Inc. ("Danco") in the above-captioned action.

On November 13, 2009, I served a true copy of the following documents:

- **Motion to Admit Counsel *Pro Hac Vice*;**
- **Sponsoring Affidavit of Sarah C. Hsia;** and
- **Proposed Order**

via United States First Class Mail, in a wrapper properly addressed. Said delivery was made upon the Plaintiff's counsel listed below:

Andrew Baum, Esq.
John Britton Payne, Esq.
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016

*Attorneys for Plaintiff*

_____
Louis Costanzo

Sworn to before me this
13th day of November, 2009

_____
Notary Public

MICHAEL J. MALLOY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 41-4914497
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 27, 20__