

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DCI A/S, a Danish company
and KELSEN, INC. a New York corporation,

    Plaintiffs,

-against-

DANCO IMPORT, INC., d/b/a Jacobsens Bakery USA Ltd., a Florida Corporation, and
JACOBSENS BAKERY LTD., a Danish company,

    Defendants.

Civil Action No. 09-CV-8047 (VM)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Sarah C. Hsia attorney for Defendant Danco Import, Inc. ("Danco") and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that Jason M. Sneed, Alston & Bird LLP, Bank of America Plaza, 101 South Tryon Street, Suite 4000, Charlotte, North Carolina 28280-4000, Tel: (704) 444-1000, Facsimile: (704) 444-1111, e-mail: jason.sneed@alston.com, and Nadya Munasifi, Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309, Tel: (404) 881-7700, Facsimile: (704) 881-7777, e-mail: nadya.munasifi@alston.com are admitted to practice pro hac vice as counsel for Defendant Danco in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

- 2 -

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the

pro hac vice fee to the Clerk of the Court.

Dated: November 20, 2009
      New York, New York

                                                Victor Marrero
                            United States District ~~Magistrate~~ Judge

LEGAL02/31605266v1