Andrew Baum (AB-3783)
Britton Payne (BP-5858)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 338-3527
Fax: (212) 687-2329

*Attorneys for Plaintiffs*
*DCI A/S and Kelsen, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DCI A/S, a Danish company and KELSEN, INC., a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DANCO IMPORT, INC., d/b/a Jacobsens Bakery USA Ltd., a Florida Corporation, and JACOBSENS BAKERY LTD., a Danish company,<br><br>Defendants. | CIVIL ACTION NO. 09-CV-8047 (VM) |

## VOLUNTARY NOTICE OF DISMISSAL SOLELY AS TO DANCO IMPORT, INC.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs DCI A/S and Kelsen, Inc. hereby dismiss the within action only as to Defendant Danco Import, Inc. without prejudice, neither of the defendants having served either an Answer to the Complaint or a motion for summary judgment.

NYC_685321.2

Dated:  December 7, 2009

Respectfully submitted,

_____
Andrew Baum
Britton Payne
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 338-3527
Fax: (212) 687-2329

*Attorneys for Plaintiffs
DCI A/S and Kelsen, Inc.*

NYC_685321.2

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2009, I caused the foregoing **VOLUNTARY NOTICE OF DISMISSAL SOLELY AS TO DANCO IMPORT, INC.** to be served via e-mail to the following:

> Jason M. Sneed, Esq.
> Sarah Hsia, Esq.
> Nadya Munasifi, Esq.
> Alston & Bird LLP
> jason.sneed@alston.com
> sarah.hsia@alston.com
> nadya.munasifi@alston.com

_____
Britton Payne