

USDC UNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DCI A/S and KELSEN, INC.,

    Plaintiffs,

    -against-

JACOBSENS BAKERY LTD.,

    Defendant.

Civil Action No. 09-CV-8047 (VM)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

through their respective counsel and subject to the approval of the Court, that the time by which

Defendant Jacobsens Bakery Ltd. shall file its response to the Complaint in the captioned action

is extended through and including January 14, 2010.

FOLEY & LARDNER LLP
Andrew Baum (AB-3783)
Britton Payne (BP-5858)
90 Park Avenue
New York, NY 10016
Tel.: (212) 682-7474
Fax: (212) 687-2329
abaum@foley.com
bpayne@foley.com
*Attorneys for Plaintiffs*
*DCI A/S and Kelsen, Inc.*

ALSTON & BIRD LLP
Jason M. Sneed (admitted *pro hac vice*)
101 S. Tryon St., Suite 4000
Charlotte, NC 28280-4000
Telephone: 704-444-1000
jason.sneed@alston.com

Sarah C. Hsia (SH-1030)
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400
sarah.hsia@alston.com

Nadya M. Munasifi (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
nadya.munasifi@alston.com

*Attorneys for Defendant Jacbosens Bakery Ltd.*

SO ORDERED:

12-14-09
DATE

VICTOR MARRERO, U.S.D.J.