

# FOLEY
FOLEY & LARDNER LLP

**ATTORNEYS AT LAW**

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

WRITER'S DIRECT LINE
212.338.3527
abaum@foley.com EMAIL

CLIENT/MATTER NUMBER
093093-6002

March 19, 2010

VIA FACSIMILE – 1-212-805-6382

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
Suite 660
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 3-22-10

Re:   *DCI A/S et al. v. Danco Import, Inc. et al.*
      Civil Action No. 09-cv-8047 (VM)

Dear Judge Marrero:

We are counsel for plaintiff and counter-defendants in this action. We are writing this letter jointly with counsel for defendant-counterclaimant, further to our letter to you of March 5, 2010.

That letter was written pursuant to the instructions at the February 19, 2010 status conference, in which you requested the parties to provide dates on which a mediation could take place with Magistrate Maas. In our letter of March 5, we advised that the chief executive officers of both parties were available for a mediation in New York on April 6 or 7, 2010. As of today, however, we have heard nothing further from the Court or from Magistrate Maas.

We are writing to respectfully request further guidance as to whether a mediation will take place, and, if so, the date, time and other conditions for the mediation.

We note further that your Honor deferred entry on a scheduling order pending our advice as to a mediation. Therefore, as of today, no scheduling order has been entered.

We look forward to the Court's guidance on these matters and are available for a telephone conference at the Court's convenience.

Respectfully submitted,

Andrew Baum

> The parties are directed to contact the Chambers of Magistrate Judge Maas to arrange a convenient date for the settlement conference therein.
> SO ORDERED:
> 3-19-10
> DATE    VICTOR MARRERO, U.S.D.J.

cc:   Jason M. Sneed, Esq. (Via Facsimile)
      Sarah Hsia, Esq. (Via Facsimile)

BOSTON        JACKSONVILLE    NEW YORK            SAN FRANCISCO    TOKYO
BRUSSELS      LOS ANGELES     ORLANDO             SHANGHAI         WASHINGTON, D.C
CENTURY CITY  MADISON         SACRAMENTO          SILICON VALLEY
CHICAGO       MIAMI           SAN DIEGO           TALLAHASSEE
DETROIT       MILWAUKEE       SAN DIEGO/DEL MAR   TAMPA

NYC_778460.1